

# NUMBER 13-24-00161-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**HORACIO VARGAS,**                                                                                    **Appellant,**

**v.**

**EDINBURG CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT,
ET AL.,**                                                                                                     **Appellees.**

---

## ON APPEAL FROM THE 92ND DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria, and Peña
Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellant's unopposed amended motion to dismiss appeal. Appellant's amended motion to dismiss is voluntary and unopposed.

The Court, having considered appellant's amended motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's

unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant, as there is no clear agreement between the parties regarding costs. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
16th day of May, 2024.

2